IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
CASE NO. 7:22-cv-00217

| | |
|---|---|
| YVONNE ELLIOTT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING EXCEPTION** |
| | ) **ALLOWING REMOTE ATTENDANCE AT** |
| EDWIN CLARY BARTLETT, JR., | ) **MEDIATION** |
| EDWIN CLARY BARTLETT, SR., | ) |
| and SANDRA ISENHOUR | ) |
| BARTLETT, | ) |
| | ) |
| Defendants | ) |

Defendants Motion for Exception Allowing Remote Attendance at Mediation came before the undersigned Judge, pursuant to the Court's Order (Doc. 35) issued on December 27, 2023. The undersigned is of the opinion that good cause has been shown to allow the Motion, specifically granting an exception for remote attendance at the Court-hosted mediation scheduled for January 24, 2024, by Kate Carroll, Claims Specialist for State Farm Fire and Casualty Company.

Dated: January 2, 2024

_Robert T. Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge