IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
CASE NO. 7:22-cv-00217

YVONNE ELLIOTT, )
)
Plaintiff, )
v. ) **ORDER ALLOWING THE USE OF THE**
) **PARTIES' TECHNOLOGY AT TRIAL**
EDWIN CLARY BARTLETT, JR., )
EDWIN CLARY BARTLETT, SR., )
and SANDRA ISENHOUR )
BARTLETT, )
)
Defendants )

The Parties' joint motion and request to use wireless communication devices, audio-visual equipment, and other technology at Trial came before the undersigned Judge, pursuant to the Court's Local Rules. The undersigned is of the opinion that good cause has been shown to allow the Motion and request, specifically allowing counsel to bring in and use their own wireless communication devices, audio-visual equipment, and other technology during the trial of this matter, beginning January 29, 2024, and continuing to conclusion of trial.

THIS THE **23** DAY OF JANUARY, 2024.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE