# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
## IN ADMIRALTY

| | | |
|---|---|---|
| YVONNE ELLIOTT, | ) | CASE No. 7:22-cv-00217-BO |
| Plaintiff, | ) | |
| v. | ) | |
| EDWIN CLARY BARTLETT, JR., | ) | **JOINT STIPULATION OF DISMISSAL** |
| EDWIN CLARY BARTLETT, SR., | ) | |
| and SANDRA ISENHOUR BARTLETT, | ) | |
| Defendants. | ) | |
| In the Matter of the Complaint of | ) | CASE No. 7:23-cv-00170-BO-BM |
| Edwin Clary Bartlett, Sr., Owner of | ) | |
| 2012 Grady-White 257 Fishermen, for | ) | |
| Exoneration from or Limitation of | ) | |
| Liability | ) | |

NOW COME the Parties, by and through counsel, and hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

THIS THE 1ST DAY OF FEBRUARY, 2024.

        MARTIN & JONES, PLLC

        */s/H. Forest Horne*
        **H. FOREST HORNE**
        NC State Bar No. 16678
        4140 Parklake Avenue, Suite 400
        Raleigh, NC 27612
        Phone: (919) 821-0005
        Fax: (919)863-6086
        hfh@m-j.com
        *Attorney for Plaintiff*

**CLARK, NEWTON & EVANS, P.A.**

*/s/Seth P. Buskirk*
**SETH P. BUSKIRK**
NC State Bar No. 36664
509 Princess Street
Wilmington, NC 28401
Phone: (910) 762-8743
Fax: (910) 762-6206
spb@clarknewton.com
*Attorney for Plaintiff*


**HEDRICK GARDNER KINCHELOE & GAROFALO LLP**

*/s/Bruce L. Daughtry*
**BRUCE L. DAUGHTRY**
NC State Bar No. 19891
300 N. 3rd Street, Suite 420
Wilmington, NC 28401
Phone: (910) 216-0861
Fax: (910) 509-9630
bdaughtry@hedrickgardner.com
*Attorney for Defendant Edwin Clary Bartlett, Jr.*


**BROWN CRUMP VANORE & TIERNEY**

*/s/Michael W. Washburn*
**MICHAEL W. WASHBURN**
NC State Bar No. 20202
801 Oberlin Road, Suite 330
Raleigh, NC  27605
Phone:  (919) 835-0909
Fax:  (919) 835-0915
mwashburn@bcvtlaw.com;
ndemeny@bcvtlaw.com
*Attorney for Defendant Edwin Clary Bartlett Sr.*